680

No. 144.   ST. LOUIS AMUSEMENT CO. ET AL. *v.* UNITED STATES ET AL.

October 8, 1945.  *Per Curiam:* The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.  *United States* v. *California Canneries,* 279 U. S. 553, 556, and cases cited; *Allen Co.* v. *Cash Register Co.,* 322 U. S. 137, 142.   Messrs. *John M. Minton, Jr.* and *Russell Hardy* for appellants.   *Solicitor General Fahy* for the United States, and *Messrs. Whitney North Seymour, John W. Davis, George S. Leisure* and *Joseph M. Proskauer* for Paramount Pictures, Inc. et al., appellees.

No. 178.   CAROLINA SCENIC COACH LINES *v.* UNITED STATES ET AL.

October 8, 1945.  *Per Curiam:* The motions to affirm are granted and the judgment is affirmed.  *I. C. C.* v. *Jersey City,* 322 U. S. 503, 515, and cases cited.   Mr. *Wilmer A. Hill* for appellant.   *Assistant Solicitor General Cox* and Mr. *Daniel W. Knowlton* for the United States and Interstate Commerce Commission, and Mr. *William A. Roberts* and Mrs. *Irene Kennedy* for the Smoky Mountain Stages, Inc., appellees.